**No. 10-7820. Robert Leon Mertens, Petitioner v. Guy Shensky, et al.**

562 U.S. 1227, 131 S. Ct. 1485, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1503.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 355 Fed. Appx. 990.